Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
15760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230

Attorneys for Plaintiff Ariana Amore

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIANA AMORE, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF LOS ANGELES, LOS ANGELES COUNTY PROBATION DEPARTMENT, LOS ANGELES COUNTY CHIEF PROBATION OFFICER JERRY POWERS, DEPUTY PROBATION OFFICER OSCAR CALDERON, JR., DEPUTY PROBATION OFFICER FNU IBANEZ, DEPUTY PROBATION OFFICER FNU GONZALEZ, SUPERVISING DEPUTY PROBATION OFFICER FNU CODDINGTON, and DOES 1 TO 10, <br><br> Defendants. | Case No. 2:17-CV-5207-JAK <br><br> **NOTICE OF SETTLEMENT OF ENTIRE ACTION WITH PREJUDICE (SUBJECT TO BOARD APPROVAL)** |

TO THE HONORABLE COURT:

    On December 22, 2017, the parties and counsel of record mediated this action with the Honorable Joseph S. Biderman, Los Angeles Superior Court Judge, retired, at ADR services. On January 4, 2018, the parties reached agreement to settle the entire action against all defendants. Plaintiff accepts the settlement. The parties' settlement is

1

subject to approval by the Los Angeles County Board of Supervisors, a process that takes several months. Counsel for Defendants will recommend the settlement for approval. Subject to the approval of the settlement by the Los Angeles County Board of Supervisors, counsel for Plaintiff will dismiss with prejudice all defendants to this action.

DATED: January 5, 2018

**LAW OFFICES OF ERIN DARLING**

By:   /s/ Erin Darling
     Erin Darling
     Attorney for Plaintiff,
     ARIANA AMORE