SEKI, NISHIMURA & WATASE, LLP
GILBERT M. NISHIMURA (SBN 57905)
gnishimura@snw-law.com
JANET L. KEUPER (SBN 128417)
jkeuper@snw-law.com
600 Wilshire Boulevard, Suite 1250
Los Angeles, California 90017
Tel.: (213) 481-2869 | Fax: (213) 481-2871

Attorneys for Defendants COUNTY OF LOS ANGELES, ROSELYN IBANEZ, DARLA CODDINGTON and JERRY POWERS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIANA AMORE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY PROBATION DEPARTMENT, LOS ANGELES COUNTY CHIEF PROBATION OFFICER JERRY POWERS, DEPUTY PROBATION OFFICER OSCAR CALDERON, JR., DEPUTY PROBATION OFFICER FNU IBANEZ, DEPUTY PROBATION OFFICER FNU GONZALEZ, SUPERVISING DEPUTY PROBATION OFFICER FNU CODDINGTON, and DOES 1 TO 10,<br><br>　　　　Defendants. | Case No.: 2:17-cv-5207-JAK<br><br>(Hon. John A. Kronstadt)<br><br>**PARTIES' JOINT STATUS REPORT RE STATUS OF SETTLEMENT**<br><br>**Action Filed: July 14, 2017**<br><br>Order to Show Cause Hearing:<br>　　　March 12, 2018<br>Time: 1:30 p.m. |

TO THE HONORABLE COURT:

Pursuant to the Court's Order Setting Order to Show Cause re Dismissal, the Parties to this action hereby submit the following settlement status report:

1. The Parties reached a settlement of this matter as to all defendants in the beginning of January 2018. A Settlement and Release Agreement was fully executed by the Parties on or about January 12, 2018.

2. A Notice of Settlement of the Entire Action with prejudice, subject to County of Los Angeles' settlement approval process, including Board of Supervisors' approval, was filed on January 15, 2018.

3. County of Los Angeles rules require a detailed summary and corrective action plan be prepared and approved by the subject County department as a first step in the settlement approval process. This requirement provides safeguards to prevent future occurrence of the complained about conduct.

4. At this point, the corrective action plan is still being reviewed and has not yet been approved.

5. Due to the amount of the settlement, review, analysis and approval by the Los Angeles County Claims Board and Board of Supervisors are also required.

6. The settlement approval process does not require any further input or action by the Plaintiff.

It is respectfully submitted that the Court schedule a further order to show cause hearing on this matter in 60 days.

///

///

///

The Defendants will submit an updated status report advising this Court of any further developments in the settlement approval process.

Respectfully submitted,

Dated: March 5, 2018         LAW OFFICES OF JUSTIN STERLING
                             LAW OFFICES OF ERIN DARLING


                             By: /s/ JUSTIN STERLING
                                 JUSTIN STERLING
                                 ERIN DARLING
                                 Attorneys for Plaintiff

Dated: March 5, 2018         SEKI, NISHIMURA & WATASE, LLP


                             By: /s/ GILBERT M. NISHIMURA
                                 GILBERT M. NISHIMURA
                                 JANET L. KEUPER
                                 Attorneys for Defendants