SEKI, NISHIMURA & WATASE, LLP
GILBERT M. NISHIMURA (SBN 57905)
gnishimura@snw-law.com
JANET L. KEUPER (SBN 128417)
jkeuper@snw-law.com
600 Wilshire Boulevard, Suite 1250
Los Angeles, California 90017
Tel.: (213) 481-2869 | Fax: (213) 481-2871

Attorneys for Defendants COUNTY OF LOS ANGELES, ROSELYN IBANEZ, DARLA CODDINGTON and JERRY POWERS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIANA AMORE, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, LOS ANGELES COUNTY PROBATION DEPARTMENT, LOS ANGELES COUNTY CHIEF PROBATION OFFICER JERRY POWERS, DEPUTY PROBATION OFFICER OSCAR CALDERON, JR., DEPUTY PROBATION OFFICER FNU IBANEZ, DEPUTY PROBATION OFFICER FNU GONZALEZ, SUPERVISING DEPUTY PROBATION OFFICER FNU CODDINGTON, and DOES 1 TO 10, <br><br> Defendants. | Case No.: 2:17-cv-5207-JAK <br><br> (Hon. John A. Kronstadt) <br><br> **PARTIES' JOINT STATUS REPORT RE STATUS OF SETTLEMENT** <br><br> **Action Filed: July 14, 2017** <br><br> Order to Show Cause Hearing: <br>       May 14, 2018 <br> Time: 1:30 p.m. |

TO THE HONORABLE COURT:

Pursuant to the Court's Order Setting Order to Show Cause re Dismissal, the Parties to this action hereby submit the following settlement status report:

1. A Notice of Settlement of the Entire Action with prejudice, subject to County of Los Angeles' settlement approval process, including Board of Supervisors' approval, was filed on January 15, 2018. The Court's Order to Show Cause Hearing of March 12, 2018 was continued to May 14, 2018.

2. County of Los Angeles rules require a detailed summary and corrective action plan be prepared and approved by the subject County department as a first step in the settlement approval process. This requirement provides safeguards to prevent future occurrence of the complained about conduct.

3. At this point, the County Counsel Settlement Memorandum and the detailed corrective action plan are completed. This process took a little longer than anticipated due to the atypical nature of the claimed conduct.

4. Due to the large settlement amount, a review, and approval by the Claims Board and the Board of Supervisors are also required.

5. The agenda for the May 7th County Claims Board is already full. Defendants are making every effort to have the subject corrective action plan and settlement memorandum placed on the May 21st Claims Board agenda for consideration.

6. Once approved by the Claims Board, the settlement will be scheduled for review and consideration by the Board of Supervisors.

7. The settlement approval process does not require any further input or action by the Plaintiff.

It is respectfully submitted that the Court schedule a further order to show cause hearing on this matter in 60 days.  The Defendants will submit an updated status report advising this Court of any further developments in the settlement approval process.

                                                        Respectfully submitted,

Dated: April 30, 2018          LAW OFFICES OF JUSTIN STERLING
                                         LAW OFFICES OF ERIN DARLING

                                         By:  /s/ JUSTIN STERLING
                                              JUSTIN STERLING
                                              ERIN DARLING
                                              Attorneys for Plaintiff

Dated: April 30, 2018          SEKI, NISHIMURA & WATASE, LLP

                                         By:  /s/ GILBERT M. NISHIMURA
                                              GILBERT M. NISHIMURA
                                              JANET L. KEUPER
                                              Attorneys for Defendants