SEKI, NISHIMURA & WATASE, LLP
GILBERT M. NISHIMURA (SBN 57905)
gnishimura@snw-law.com
JANET L. KEUPER (SBN 128417)
jkeuper@snw-law.com
600 Wilshire Boulevard, Suite 1250
Los Angeles, California 90017
Tel.: (213) 481-2869 | Fax: (213) 481-2871

Attorneys for Defendants COUNTY OF LOS ANGELES, ROSELYN IBANEZ, DARLA CODDINGTON and JERRY POWERS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIANA AMORE, | Case No.: 2:17-cv-5207-JAK |
| Plaintiff, | (Hon. John A. Kronstadt) |
| vs. | **PARTIES' JOINT STATUS REPORT RE STATUS OF SETTLEMENT** |
| COUNTY OF LOS ANGELES, LOS ANGELES COUNTY PROBATION DEPARTMENT, LOS ANGELES COUNTY CHIEF PROBATION OFFICER JERRY POWERS, DEPUTY PROBATION OFFICER OSCAR CALDERON, JR., DEPUTY PROBATION OFFICER FNU IBANEZ, DEPUTY PROBATION OFFICER FNU GONZALEZ, SUPERVISING DEPUTY PROBATION OFFICER FNU CODDINGTON, and DOES 1 TO 10, | **Action Filed: July 14, 2017**<br><br>Order to Show Cause Hearing:<br>July 16, 2018<br>Time: 1:30 p.m. |
| Defendants. | |

TO THE HONORABLE COURT:

Pursuant to the Court's Order Setting Order to Show Cause re Dismissal, the Parties to this action hereby submit the following settlement status report:

1. A Notice of Settlement of the Entire Action with prejudice, subject to County of Los Angeles' settlement approval process, including Board of Supervisors' approval, was filed on January 15, 2018.

2. County of Los Angeles rules require a detailed summary and corrective action plan be prepared and approved by the subject County department as a first step in the settlement approval process. This requirement provides safeguards to prevent future occurrence of the complained about conduct.

3. The County Counsel Settlement Memorandum and the detailed corrective action plan have been completed.

4. Due to the large settlement amount, a review and approval by the Claims Board and the Board of Supervisors are also required.

5. The subject corrective action plan and settlement memorandum was unable to be placed on the May 21st Claims Board agenda for consideration due to scheduling conflicts and limitations on the amount of items to be considered on the agenda.

6. The plan and settlement memorandum was approved by the Claims Board at its meeting on June 19, 2018. The settlement is now planned for review and consideration by the Board of Supervisors at its July 10, 2018 regularly scheduled meeting.

7. At the request of Plaintiff, the settlement agreement has been amended and fully re-executed to include a structured settlement annuity

1  provisions. The settlement approval process does not require any further
2  input or action by the Plaintiff.
3      It is respectfully submitted that the Court schedule a further order to
4  show cause hearing on this matter in 60 days.  The Defendants will submit an
5  updated status report advising this Court of any further developments in the
6  settlement approval process.

                                     Respectfully submitted,

Dated: July 5, 2018        LAW OFFICES OF JUSTIN STERLING
                                      LAW OFFICES OF ERIN DARLING

                                   By: */s/ JUSTIN STERLING*
                                      JUSTIN STERLING
                                      ERIN DARLING
                                      Attorneys for Plaintiff

Dated: July 5, 2018        SEKI, NISHIMURA & WATASE, LLP

                                   By: */s/ GILBERT M. NISHIMURA*
                                      GILBERT M. NISHIMURA
                                      JANET L. KEUPER
                                      Attorneys for Defendants