SEKI, NISHIMURA & WATASE, LLP
GILBERT M. NISHIMURA (SBN 57905)
gnishimura@snw-law.com
JANET L. KEUPER (SBN 128417)
jkeuper@snw-law.com
600 Wilshire Boulevard, Suite 1250
Los Angeles, California 90017
Tel.: (213) 481-2869 | Fax: (213) 481-2871

Attorneys for Defendants COUNTY OF LOS ANGELES, ROSELYN IBANEZ, DARLA CODDINGTON and JERRY POWERS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIANA AMORE, | Case No.: 2:17-cv-5207-JAK |
| Plaintiff, | (Hon. John A. Kronstadt) |
| vs. | **PARTIES' JOINT STATUS REPORT RE STATUS OF SETTLEMENT** |
| COUNTY OF LOS ANGELES, LOS ANGELES COUNTY PROBATION DEPARTMENT, LOS ANGELES COUNTY CHIEF PROBATION OFFICER JERRY POWERS, DEPUTY PROBATION OFFICER OSCAR CALDERON, JR., DEPUTY PROBATION OFFICER FNU IBANEZ, DEPUTY PROBATION OFFICER FNU GONZALEZ, SUPERVISING DEPUTY PROBATION OFFICER FNU CODDINGTON, and DOES 1 TO 10, | **Action Filed: July 14, 2017** <br><br> Order to Show Cause Hearing: September 17, 2018 <br> Time: 1:30 p.m. |
| Defendants. | |

TO THE HONORABLE COURT:

    Pursuant to the Court's Order Setting Order to Show Cause re Dismissal, the Parties to this action hereby submit the following settlement status report:

1.    A Notice of Settlement of the Entire Action with prejudice, subject to County of Los Angeles' settlement approval process, including Board of Supervisors' approval, was filed on January 15, 2018.

2.    The proposed settlement was approved by the Board of Supervisors for the County of Los Angeles at its meeting on July 10, 2018.

3.    Settlement checks have now been issued by the County of Los Angeles and forwarded to plaintiff and her attorneys and to Summit Structured Settlements on September 5, 2018, as instructed.

    It is respectfully submitted that the matter should be dismissed with Prejudice.

                                      Respectfully submitted,

Dated: September 7, 2018        LAW OFFICES OF JUSTIN STERLING
                                          LAW OFFICES OF ERIN DARLING

                                          By: _/s/ ERIN DARLING_____
                                               JUSTIN STERLING
                                               ERIN DARLING
                                               Attorneys for Plaintiff

Dated: September 7, 2018        SEKI, NISHIMURA & WATASE, LLP

                                          By: _/s/ GILBERT M. NISHIMURA_____
                                               GILBERT M. NISHIMURA
                                               JANET L. KEUPER
                                               Attorneys for Defendants