Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
15760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230

Attorneys for Plaintiff Ariana Amore

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIANA AMORE,<br><br>           Plaintiff,<br><br>     v.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY PROBATION DEPARTMENT, LOS ANGELES COUNTY CHIEF PROBATION OFFICER JERRY POWERS, DEPUTY PROBATION OFFICER OSCAR CALDERON, JR., DEPUTY PROBATION OFFICER FNU IBANEZ, DEPUTY PROBATION OFFICER FNU GONZALEZ, SUPERVISING DEPUTY PROBATION OFFICER FNU CODDINGTON, and DOES 1 TO 10,<br><br>           Defendants. | Case No. 2:17-CV-5207-JAK<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

TO THE HON. JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE:

//

1

The parties stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that the Court dismiss the entire action with prejudice, each side to bear its own fees and costs.

DATED: September 15, 2018

**LAW OFFICES OF ERIN DARLING**
Attorney for Plaintiff

By:  /s/ Erin Darling
     Erin Darling
     Attorney for Plaintiff,
     ARIANA AMORE

DATED: September 14, 2018

**LAW OFFICES OF JUSTIN STERLING**
Attorney for Plaintiff

By:  /s/ Justin Sterling
     Justin Sterling
     Attorney for Plaintiff,
     ARIANA AMORE

DATED: September 14, 2018

**SEKI, NISHIMURA & WATASE LLP**
Attorneys for Defendants County of Los Angeles, for itself and as sued and served as the Los Angeles County Probation Department

By:  /s/ Gilbert Nishimura
     Gilbert Nishimura
     Attorney for Defendants